Tim **MCREYNOLDS**, Claimant–Appellant,

v.

R. James **NICHOLSON**, Secretary of Veterans Affairs, Respondent–Appellee.

No. 05–7198.

United States Court of Appeals, Federal Circuit.

Dec. 1, 2005.

*ORDER*

The court treats Tim McReynolds' submission, received November 15, 2005, as a motion to voluntarily withdraw his appeal from the Court of Appeals for Veterans Claims' judgment in *McReynolds v. Nicholson*, 04–1363.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.